IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAMONTE HERRING,

    Petitioner,

v.                              4:20cv512–WS/HTC

MARK S. INCH,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 18) docketed July 15, 2021. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DISMISSED as untimely. Petitioner has filed objections (ECF No. 21) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be

adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 18) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (ECF No. 18) is DISMISSED as untimely.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DISMISSED."

4. A certificate of appealability is DENIED.

5. Petitioner's request (ECF No. 21) for an evidentiary hearing is DENIED.

DONE AND ORDERED this     12th     day of    October    , 2021.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE.